No. 241. BISHOPRIC ET AL. *v*. CITY OF JACKSON ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Frank H. Shaffer, Jr.* and *William R. Collins* for petitioners. *Mr. W. E. Morse* for the City of Jackson, and *Messrs. Marcellus Green, Edwin R. Holmes, Jr.,* and *Garner W. Green* for Mississippi Power & Light Co., respondents. ■

No. 246. NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC. *v*. WICKARD, SECRETARY OF AGRICULTURE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Milo R. Kniffen* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Charles H. Weston, J. Stephen Doyle, Jr., W. Carroll Hunter,* and *Robert L. Stern* for respondent. ■

No. 247. NEW YORK HANDKERCHIEF MFG. CO. *v*. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David Silbert* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Mr. Sewall Key,* and *Miss Melva M. Graney* for the United States. ■

No. 268. 18TH STREET LEADER STORES, INC. *v*. UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. David J. Shorb* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark,*